NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1156, -1157
(Interference Nos. 105,334 and 105,337)

DAVID V. GOEDDEL and ROBERTO CREA,

Appellants,

v.

HARUO SUGANO, MASAMI MURAMATSU,
and TADATSUGU TANIGUCHI,

Appellees.

Appeals from the United States Patent and Trademark Office, Board of
Patent Appeals and Interferences

ON MOTION

ORDER

Upon consideration of David V. Goeddel and Roberto Crea's unopposed motion

for a 30-day extension of time, until April 15, 2009, to file their initial brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 24 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 24 2009

JAN HORBALY
CLERK

cc: Thomas E. Friebel, Esq.
Nels T. Lippert, Esq.
s19